## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

WILLIAM DEMON MCBRIDE                                    CIVIL ACTION

VERSUS                                                           NO:     14-2969

JEAN LLOVET                                                    SECTION: "N" (4)

### ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that William McBride's claims pursuant to 42 U.S.C. § 1983 against the defendant, Jean Llovet, are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to exhaust administrative remedies in accordance with 28 U.S.C. § 1915(e) and § 1915A and 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that Llovet's **Motion to Dismiss (R. Doc. 14)** is **DENIED AS MOOT** as a result of McBride's § 1983 claims being dismissed as frivolous and otherwise for failure to exhaust administrative remedies in accordance with 28 U.S.C. § 1915(e) and § 1915A and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this __19th__ day of __August_____, 2015.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE